## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

_____

| | | |
|---|---|---|
| ELI HYNES, | : | |
| | : | |
| Petitioner, | : | Civ. No. 20-2308 (PGS) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| | : | |
| Respondent. | : | |

_____ :

Petitioner is a federal prisoner proceeding *pro se* with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On March 25, 2020, this Court administratively terminated this case because Petitioner failed to file his § 2255 filing on the proper form and it was not properly signed. (*See* ECF 2). Petitioner was given thirty days in which to correct these deficiencies.

Petitioner has filed a request for a forty-five-day extension of time in which to comply with this Court's March 25, 2020 order. (*See* ECF 3 & 4). Good cause being shown, Petitioner's request will be granted.

Accordingly, IT IS on this 14th day of April, 2020,

ORDERED that Petitioner shall have until June 10, 2020 in which to file his signed § 2255 motion on the proper form; and it is further

ORDERED that the Clerk shall serve this order on Petitioner by regular U.S. mail.

s/*Peter G. Sheridan*_____
PETER G. SHERIDAN, U.S.D.J.