UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ELI HYNES, | : | |
| | : | |
| Petitioner, | : | Civ. No. 20-2308 (PGS) |
| | : | |
| v. | : | |
| | : | |
| UNITED STATES OF AMERICA, et al., | : | **MEMORANDUM AND ORDER** |
| | : | |
| | : | |
| Respondent. | : | |

    Petitioner is a federal prisoner proceeding *pro se* with a motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255. On March 25, 2020, this Court administratively terminated this case because Petitioner failed to file his § 2255 filing on the proper form and it was not properly signed. (*See* ECF 2). Petitioner was given thirty days in which to correct these deficiencies. Thereafter, Petitioner received an extension of time until June 10, 2020 in which to correct the deficiencies. (*See* ECF 5).

    Subsequently, and presently pending before this Court is Petitioner's second request for an extension of time in which to comply with the Marcy 25, 2020 order. (*See* ECF 6). Good cause being shown, the request will be granted. However, Petitioner shall not be given an unlimited amount of time in which to comply with the March 25, 2020 order. Instead, Petitioner shall have until July 10, 2020 in which to file a signed § 2255 motion on the proper form.

    Accordingly, IT IS on this 22nd day of May, 2020,

    ORDERED that Petitioner's request for an extension of time in which to file a signed § 2255 motion on the proper form (ECF 6) is granted; and it is further

    ORDERED that Petitioner shall have only until July 10, 2020 in which to file his signed § 2255 motion on the proper form; and it is further

ORDERED that the Clerk shall serve this memorandum and order on Petitioner by regular U.S. mail.

                                          s/*Peter G. Sheridan*
                                          PETER G. SHERIDAN, U.S.D.J.